John D. Robertson, Plaintiff in Error, v. J. Albert Hinson, Jr., Defendnt in Error.

Division A.

Writ of Error to Circuit Court, Marion county; William S. Bullock, Judge.

*William Hocker,* for Plaintiff in Error.

No appearance for Defendant in Error.

This action was brought by the plaintiff in error against the defendant in error. There was judgment for the defendant and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.